# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        Plaintiff,

-vs-                          Case No. 3:18-CR-113

**PATRICIA MARIE MULLINS (1)**
**DUSTIN JAMES VANWEY (3)**

        Defendant.

## ORDER

On or about October 3, 2019, pursuant to Federal Rule of Criminal Procedure 48(a), the United States moved to dismiss the indictment in this matter as to defendants Patricia Marie Mullins and Dustin James Vanwey only. The Court hereby **GRANTS** this motion and dismisses the indictment against Patricia Marie Mullins and Dustin James Vanwey only.

        *s/Thomas M. Rose*

        THOMAS M. ROSE JUDGE
        UNITED STATES DISTRICT COURT